IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Anderson, Gerald D | Case Number: 04 B 12355 |
| | Judge: Hollis, Pamela S |
| Printed: 3/25/08 | Filed: 3/30/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: February 14, 2008
Confirmed: June 14, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 20,237.45 | |
| Secured: | | 10,884.12 |
| Unsecured: | | 4,616.15 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 935.96 |
| Other Funds: | | 1,601.22 |
| Totals: | 20,237.45 | 20,237.45 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 2,200.00 | 2,200.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 4. | CitiFinancial | Secured | 0.00 | 0.00 |
| 5. | CitiFinancial | Secured | 10,006.08 | 10,006.08 |
| 6. | Ocwen Federal Bank FSB | Secured | 878.04 | 878.04 |
| 7. | ECast Settlement Corp | Unsecured | 1,244.21 | 1,244.21 |
| 8. | American Express Travel Relate | Unsecured | 1,139.72 | 1,139.72 |
| 9. | Discover Financial Services | Unsecured | 1,070.86 | 1,070.86 |
| 10. | American Express Centurion | Unsecured | 242.51 | 242.51 |
| 11. | ECast Settlement Corp | Unsecured | 204.67 | 204.67 |
| 12. | ECast Settlement Corp | Unsecured | 648.49 | 648.49 |
| 13. | CitiFinancial | Unsecured | 0.00 | 0.00 |
| 14. | Wells Fargo Financial | Unsecured | 65.69 | 65.69 |
| | | | _____ | _____ |
| | | | $ 17,700.27 | $ 17,700.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 68.55 |
| 6.5% | 220.62 |
| 3% | 43.71 |
| 5.5% | 217.50 |
| 5% | 62.43 |
| 4.8% | 139.87 |
| 5.4% | 183.28 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Anderson, Gerald D

Printed: 3/25/08

Case Number: 04 B 12355
Judge: Hollis, Pamela S
Filed: 3/30/04

_____
$ 935.96

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

